# EXHIBIT B

| Deponent | Date | | Total |
|---|---|---|---|
| Danielle Markou | 10/18/2016 | Transcript | $1,760.45 |
| Richard Leeds | 11/1/2016 | Transcript | $740.75 |
| Ben White | 10/24/2016 | Transcript | $588 |
| | | | $3,089.20 |

# INVOICE

U.S. Legal Support
90 Broad Street
Suite 603
New York, NY 10004
Phone:877.479.2484  Fax:877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 305571 | 11/17/2016 | 186015 |
| **Job Date** | **Case No.** | |
| 10/24/2016 | 2:14-cv-07509-SJF-ARL | |
| **Case Name** | | |
| Lenzi/Markou v Systemax, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mark Mancher, Esq
Jackson Lewis PC
58 South Service Road
Suite 250
Melville, NY 11747

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Ingrid K. Katz                                                   200.00 Pages                       700.00
      Handling, Processing & Archiving                                              35.00
         Shipping/Delivery                                                           25.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Benjamin White                                              168.00 Pages                       588.00

|   |   |
|---|---:|
| **TOTAL DUE >>>** | **$1,348.00** |
| AFTER 1/1/2017 PAY | $1,550.20 |
| (-) Payments/Credits: | 1,348.00 |
| (+) Finance Charges/Debits: | 202.20 |
| (=) New Balance: | 0.00 |

Thank you for your business!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                                                                                Phone: 631-247-0404   Fax:631-247-0417

*Please detach bottom portion and return with payment.*

Mark Mancher, Esq
Jackson Lewis PC
58 South Service Road
Suite 250
Melville, NY 11747

Job No.      : 186015             BU ID       : 20-NY
Case No.     : 2:14-cv-07509-SJF-ARL
Case Name    : Lenzi/Markou v Systemax, Inc.

Invoice No.  : 305571             Invoice Date : 11/17/2016
**Total Due** : **$0.00**

Remit To:  **U.S. Legal Support**
          **P.O. Box 4772-13**
          **Houston, TX 77210-4772**

**PAYMENT WITH CREDIT CARD**   AMEX  [MC]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**INVOICE**

Page 1

Phone: 212-557-7400

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, NY 11747-2346

| | |
|---|---|
| Invoice #: | M-103259 |
| Invoice Date: | 12/13/16 |
| Our Order #: | NY-103338-01 |
| Customer #: | 100998 |

Attn: MARK MANCHER

Terms: Due upon receipt

Case No: Chubb

**CLAIM NUMBER** 311987
**DEPOSITION TIME** 10:05-18:44

Danielle Markou vs. Systemax Inc
Job Date: 10/18/16

Deponent: Danielle Markou

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deposition Transcript-Original-Expedited 6 Days | 405 | PAGE | $4.30 | $1,741.50 |
| Delivery - Transcript-Ea-STD | 1 | EACH | $18.95 | $18.95 |
| | | | Subtotal: | $1,760.45 |
| | | | Sales Tax | $0.00 |
| | | | **Total Invoice USD** | **$1,760.45** |

**Depo Location:** 58 South Service Road
Suite 250
Melville, NY 11747-2346

Thank You. Your Business is appreciated.

---

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793

|  | | |
|---|---|---|
| | **INVOICE** | |

U.S. Legal Support
90 Broad Street
Suite 603
New York, NY 10004
Phone:877.479.2484   Fax:877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 305565 | 11/17/2016 | 186770 |
| Job Date | Case No. | |
| 11/1/2016 | 2:14-cv-07509-SJF-ARL | |
| Case Name | | |
| Lenzi/Markou v Systemax, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Mark Mancher, Esq
Jackson Lewis PC
58 South Service Road
Suite 250
Melville, NY  11747

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Richard Leeds                                                                       193.00  Pages                    675.50
      Exhibit                                                                       15.00  Pages                       5.25
      Handling, Processing & Archiving                                                          35.00
      Shipping/Delivery                                                                        25.00

TOTAL DUE >>>     $740.75
AFTER 1/1/2017  PAY     $851.86

Thank you for your business!

(-) Payments/Credits:     740.75
(+) Finance Charges/Debits:     111.11
(=) New Balance:     0.00

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238

Phone: 631-247-0404   Fax:631-247-0417

*Please detach bottom portion and return with payment.*

Mark Mancher, Esq
Jackson Lewis PC
58 South Service Road
Suite 250
Melville, NY  11747

Job No.       : 186770            BU ID        : 20-NY
Case No.      : 2:14-cv-07509-SJF-ARL
Case Name     : Lenzi/Markou v Systemax, Inc.

Invoice No.   : 305565            Invoice Date : 11/17/2016
Total Due     : $0.00

Remit To:   U.S. Legal Support
            P.O. Box 4772-13
            Houston, TX  77210-4772

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: