
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

ATTORNEYS OF RECORD:
    MARK S. MANCHER
    DANIEL GOMEZ-SANCHEZ

---------------------------------------------------------------------x

DANIELLE MARKOU,

                      Plaintiff,

          -against-

SYSTEMAX, INC., RICHARD LEEDS, Chairman and CEO (and in his individual capacity) and LAWRENCE P. REINHOLD, Executive Vice-President and Chief Financial Officer (and in his individual capacity),

                      Defendants.

Civ. No.:  14-CV-7509
(SJF)(ARL)

---------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

        Please enter my appearance as attorney of record in this case for Defendants.  I certify that I am admitted to practice in this Court.

Dated:  Melville, New York
          November 18, 2020

                                          Respectfully submitted,

                                          JACKSON LEWIS, P.C.
                                          Attorneys for Defendants
                                          58 S. Service Road, Suite 250
                                          Melville, New York 11747
                                          (631) 247-0404
                                          Email:  Stacey.Lococo@jacksonlewis.com

                        By:           s/
                               STACEY J. LOCOCO, ESQ.

4845-1980-7698, v. 1