# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**FILED**
**CLERK**

11:58 am, Mar 01, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

DATE: March 1, 2021          TIME: (30 min)

CASE NUMBER:     14cv7509

CASE TITLE:     Lenzi -v- Systemax

PLTFFS ATTY:     Michael Maloney and Danielle Lenzi
          X   present          ___ not present

DEFTS ATTY:     Mark Mancher
          X   present          ___ not present

COURT REPORTER: _____     COURTROOM DEPUTY: Bryan Morabito

OTHER: _____

 X    CASE CALLED.

___   STATUS CONFERENCE / CONT'D TO __

___   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**   Jury Selection and trial is scheduled before Judge Feuerstein on 3/14/2022 at 10:00 am.